IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME E. TODD,

      Petitioner,

v.                                CASE NO. 5:10cv304-SPM/CJK

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 5) dated February 10, 2011. Petitioner was given an opportunity to file objections. No objections have been filed. I have determined that the Report and Recommendation should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for Petitioner's failure to

comply with an order of the Court.

DONE AND ORDERED this 15th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge